No. 00–7640. MOORE *v.* NEW YORK STATE OFFICE OF MENTAL HEALTH. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari

denied.